UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHARLES PETER PHILLIPS,**

    **Plaintiff,**

v.                                                            Case No.  3:23-cv-24667-TKW/ZCB

**CHIP SIMMONS, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiffs' failure to comply with a court order and failure to prosecute by not keeping the court apprised of his current address. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for failure to comply with a court order and failure to prosecute.

    3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of March, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**